UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK E. LOGA                                    CIVIL ACTION

VERSUS                                          NO. 10-2101

MARLIN GUSMAN ET AL.                            SECTION "F" (2)

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, the objections to the Magistrate Judge's Findings and Recommendation, and the failure of plaintiff to comply with the Court's Order of November 9, 2010, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Mark E. Loga are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 20th day of Dec., 2010.

_____
UNITED STATES DISTRICT JUDGE